UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GOMEZ PADILLA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES,<br><br>   Defendant. | Case No. 20-cv-02625-SVK<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 12 |

The Parties have filed a notice of settlement and asked for a settlement status conference in 90 days. Dkt. 12. There are at least two critical errors in the notice of settlement that must be corrected before the Court will consider it. First, the attorney who has signed on behalf of Plaintiffs has not yet appeared in this case; second, the counsel's signature line refers to plaintiffs who are not in this case. If a proper notice of settlement is filed by **July 16, 2020**, then the Court will issue an order to show cause ("OSC") as to why a dismissal has not been filed with a hearing date of **August 25, 2020 at 1:30 p.m.** Absent extenuating circumstances, the Court does not set OSC hearings more than 30 days in the future.

**SO ORDERED.**

Dated: July 14, 2020

SUSAN VAN KEULEN
United States Magistrate Judge